# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DE SHAZO,<br><br>            Plaintiff,<br><br>     v.<br><br>C/O HIENG,<br><br>            Defendant. | CASE NO. 1:07-cv-1258-OWW-MJS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN TWENTY DAYS<br><br>(ECF No. 12) |

On July 7, 2010, Defendant filed a Motion to Dismiss [ECF No. 25]. Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 78-230(m). The Court has yet to receive any responsive filing from Plaintiff.

Accordingly, within **twenty (20) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendant's Motion to Dismiss. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:   August 8, 2010            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

1