# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DE SHAZO, | CASE NO. 1:07-cv-1258-OWW-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO DISMISS |
| v. | |
| TOM P. HIENG, | (ECF Nos. 25 & 46) |
| Defendants. | |

Plaintiff Steven De Shazo, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 15, 2011, the Magistrate Judge filed a Findings and Recommendation recommending that Defendant's Motion to Dismiss be denied. (ECF No. 46.) The parties were ordered to file any objections within thirty days.

More than thirty days have passed and no objections have been filed. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The Findings and Recommendation, filed February 15, 2011, is adopted in full;

3 | 2. Defendant's Motion to Dismiss is DENIED.IT IS SO ORDERED.

**Dated:   March 23, 2011**                               **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE