UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DE SHAZO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HIENG,<br><br>　　　　　Defendant.<br>_____/ | CASE NO.   1:07-cv-1258-OWW-MJS (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME AND MOTION FOR CORRECTION OF COURT ORDER<br><br>(ECF Nos. 50 & 51)<br><br>DISCOVERY SHALL BE COMPLETE BY JUNE 30, 2011<br><br>ALL DISPOSITIVE PRE-TRIAL MOTIONS SHALL BE FILED BY AUGUST 15, 2011 |

　　　Plaintiff Steven De Shazo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 7, 2011, the Court granted Plaintiff's request for an extension of time to respond to Defendants' discovery. (ECF No. 48.) Presently before the Court is Plaintiff's Motion for Correction of Court Order stating that the Court misunderstood Plaintiff's prior request. (ECF No. 50.) He did not need additional time to respond to discovery; rather, he wanted additional time to conduct discovery. Plaintiff has also filed a separate Motion for Extension of Time to conduct discovery. (ECF No. 51.)

The Court's prior Discovery and Scheduling Order stated that all discovery was to be completed by January 7, 2011 and that dispositive motions were to be filed by March 16, 2011. (ECF No. 22.) However, the parties now represent that, because Defendants' motion to dismiss was not resolved by the Court until March 24, 2011, they have not yet conducted any discovery. Accordingly, the Court GRANTS both of Plaintiff's motions. The Court's May 7, 2010 Discovery and Scheduling Order is AMENDED as follows:

1. The deadline for completion of all discovery, including filing motions to compel, shall be **June 30, 2011**;

2. The deadline for filing pre-trial dispositive motions shall be **August 15, 2011**.

The parties are on notice that all requests for extensions of these deadlines must be filed **before** the expiration of the deadline in question. Extensions of time will be granted only on a showing of good cause.

IT IS SO ORDERED.

Dated:  March 31, 2011                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE