IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DESHAZO,<br>          Plaintiff,<br>     vs.<br>HIENG;  et al.<br>          Defendants. | **Case No.:** 1:07-cv-1258-OWN-MJS (PC)<br>Action  Filed: August 30, 2007<br>**PROTECTIVE ORDER** |

**ORDER**

IT IS SO ORDERED in accordance with the above Stipulation.  Any party seeking to file documents which are subject to this Protective Order with the Court shall comply with Local Rule of practice for the Eastern District of California Rule 141.

IT IS SO ORDERED.

Dated:   August 31, 2011                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE