UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DE SHAZO, | CASE NO. 1:07-cv-1258-AWI-MJS PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE CASE AS A REGULAR CIVIL ACTION |
| v. | |
| HIENG, et al., | |
| Defendants. | |

On May 1, 2008, Plaintiff Steven De Shazo ("Plaintiff") filed the amended civil rights complaint upon which this action proceeds. (ECF No. 10.) Plaintiff initiated this action as a pro se plaintiff, but is now represented by counsel.

The Clerk of the Court is HEREBY DIRECTED to change the designation of the present case to reflect that of a regular civil rights action (440).

IT IS SO ORDERED.

Dated: November 9, 2011      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

-1-