UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DE SHAZO,<br><br>        Plaintiff,<br><br>    v.<br><br>C/O HIENG,<br><br>        Defendant. | CASE NO. 1:07-cv-1258-AWI-MJS (PC)<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT WITH PREJUDICE<br><br>(ECF No. 63) |

     Defendant TOM P. HIENG, by and through his counsel, NICOLE ROMAN of Andrada & Associates, and Plaintiff, STEVEN L. DESHAZO, by and through his counsel, WILLIAM L. SCHMIDT of the Law Offices of William Schmidt, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

     IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

     IT IS FURTHER STIPULATED that each party shall bear its own costs.

///
///
///
///
///
///
///

1

| | | |
|---|---|---|
| Date: October 31, 2011 | | LAW OFFICES OF WILLIAM SCHMIDT |
| | | /s/ William L. Schmidt |
| | By | WILLIAM L. SCHMIDT |
| | | Attorney for Plaintiff |
| | | STEVEN L. DESHAZO |

Dated: October 18, 2011                    ANDRADA & ASSOCIATES
                                           /s/ Nicole Roman
                                      By   NICOLE ROMAN
                                           Attorneys for Defendant
                                           CORRECTIONAL OFFICER
                                           TOM P. HIENG

Plaintiff STEVEN L. DESHAZO's claims against Defendant TOM P. HIENG are HEREBY DISMISSED WITH PREJUDICE pursuant to the stipulation between the parties.

IT IS SO ORDERED.

Dated:   November 23, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE